IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cupicciotti, Dawn

Printed: 1/8/08

Case Number: 04 B 00201
Judge: Hollis, Pamela S
Filed: 1/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: March 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,185.00 |  |
| Secured: |  | 3,961.51 |
| Unsecured: |  | 1,446.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,400.00 |
| Trustee Fee: |  | 376.75 |
| Other Funds: |  | 0.00 |
| Totals: | 7,185.00 | 7,185.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | McGrath & Velazquez | Administrative | 1,400.00 | 1,400.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Executive Property Management | Secured | 905.00 | 905.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 4,500.00 | 3,056.51 |
| 5. | American General Finance | Unsecured | 3,457.83 | 1,096.17 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,105.84 | 350.57 |
| 7. | America OnLine | Unsecured |  | No Claim Filed |
| 8. | Comcast | Unsecured |  | No Claim Filed |
| 9. | Homewood School District 153 | Unsecured |  | No Claim Filed |
| 10. | First National Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,368.67 | $ 6,808.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 40.92 |
| 4% | 29.98 |
| 6.5% | 116.95 |
| 3% | 24.00 |
| 5.5% | 57.73 |
| 5% | 20.02 |
| 4.8% | 48.00 |
| 5.4% | 39.15 |
|  | _____ |
|  | $ 376.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cupicciotti, Dawn | Case Number:  04 B 00201 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  1/5/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

